## McBain *v.* Smith et al.

OPINION BY WILLIAMS, J., December 12, 1918:

The material facts in this case are substantially the same as those in Connolly v. Pa. Co., 70 Pa. Superior Ct. 514. For the reason there given, the judgment is reversed as to William B. Grubb, and the record remitted to the court below with direction to enter judgment n. o. v. for that defendant.